JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Related Case Information:** 20 CR 107 JDP

**Place of Offense:**

City: Potosi, Wisconsin
County/Parrish: Grant County

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

*[Stamp: DOC NO REC'D/FILED 2020 AUG 19 PM 6:13 PETER OPPENEER CLERK US DIST COURT WD OF WI]*

**Defendant information:**

Matter to be Sealed ✓ Yes ____ No

Def. Name: Jerry Koch
Alias Name:
City/State: Cuba City
Year of Birth: 1961    Last 4 digits of SSN: 2761
Sex: Male    Race: White

**U.S. Attorney Information:**

CHADWICK M. ELGERSMA    Bar #:
Interpreter: ✓ No ____ Yes    List language and/or dialect:

**Location Status:**

Arrest Date: _____
____ Already in Federal Custody as of: _____ in _____
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 3    ____ Petty    ____ Misdemeanor    ✓ Felony
____ Class A
____ Class B
____ Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1  21 USC 841(a)(1) and (2) | Distribution of Methamphetamine | 1, 2 |
| Set 2  21 USC 841(a)(1) and (2) | Possession with Intent to Distributer Methamphetamine | 3 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |

Date: _____    Signature /s/ CHADWICK M. ELGERSMA